# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM EVANS RUSSELL

VERSUS

DEBORAH SHARP RUSSELL

NO. 2026 CW 0352

**MAY 18, 2026**

---

In Re: Richard Ducote, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. F-216548.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court abused its discretion in failing to grant Richard Ducote an appeal of the June 4, 2025 judgment. Richard Ducote filed a timely Motion to Appeal. Accordingly, this matter is remanded to the trial court with instructions to grant Richard Ducote's Motion to Appeal filed on October 30, 2025.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT